N. MATTHEW FULLAM, Appellant, *v.* WESTCHESTER COUNTY PLAYLAND COMMISSION, Respondent. (2 Cases.)

Submitted April 3, 1950; decided April 13, 1950.

*George B. Fargis* for motion.

No one opposed.

Motion denied, without costs, on the ground that no substantial constitutional question is presented in the appeal taken as of right pursuant to clause (a) of subdivision 1 of section 588 of the Civil Practice Act.